IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 5-14-07*

| | |
|---|---|
| U.S.A., | |
| Plaintiff, | CASE No.: CR-07-00085-RMW |
| v. | **ORDER RE DOCKET ENTRY** |
| LUIS CHAVEZ-VASQUEZ, | |
| Defendant. | |

Good cause appearing, IT IS HEREBY ORDERED that Docket No. 14, plea agreement, having been erroneously filed, shall be stricken and removed from the record.

**IT IS SO ORDERED.**

Dated: May 14, 2007

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record: