BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CHAVEZ-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/29/07*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CHAVEZ-VASQUEZ,<br>Defendant. | No. CR 07-00085 RMW<br>**STIPULATION RE: SENTENCING DATE; [] ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing date in the above-captioned matter, presently scheduled for Monday, November 05, 2007, at 9:00 a.m., be moved forward to Monday, October 29, 2007, at 9:00 a.m. We are requesting that this hearing be moved forward because the defendant will move to withdraw his plea of guilty. This motion is unopposed by the government provided Mr. Chavez-Vasquez enters into a plea agreement proposed by the government.

Dated: 10/23/07

__________/s/____________
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated: 10/23/07

/s/
BENJAMIN KENNEDY
Assistant United States Attorney

**ORDER**

The parties have jointly requested that the hearing presently scheduled for Monday, November 05, 2007 be moved forward to Monday, October 29, 2007.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for November 05, 2007 be moved to October 29, 2007 at 9:00a.m.

Dated: 10/29/07

Ronald M. Whyte
RONALD M. WHYTE
United States District Judge